UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Amy Newmann,

            Plaintiff,

—v—

Mediterranean Shipping Company,

            Defendant.

JAN 1 4 2020

18-cv-10518 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On September 30, 2019, the Court granted Defendant's motion to dismiss without prejudice. The Court gave Plaintiff 30 days to amend her complaint if she wished to do so. Dkt. No. 20. On October 30, 2019, the Court received a letter from Plaintiff asking for an extension of this deadline because she had retained counsel. Dkt. No. 21. The Court granted Plaintiff's request and extended the deadline to amend her complaint to November 30, 2019. Dkt. No. 22. The Court informed the Plaintiff that "[f]ailure to do so will result in dismissal of her claim with prejudice." *Id.*

As of this date, Plaintiff has not amended her complaint. The Court therefore dismisses Plaintiff's complaint with prejudice. The Clerk of Court is respectfully ordered to close this case and enter judgment.

Chambers will mail a copy of this Order to the pro se plaintiff, and that mailing will be noted on the public docket. The Court further finds pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated: January 14, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge