**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

Amy Newmann,

                Plaintiff,

-against-

Mediterranean Shipping Company,
                Defendant.

-------------------------------------------------------------X

18 CIVIL 10518 (AJN)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 14, 2020, On September 30,2019, the Court granted Defendant's motion to dismiss without prejudice; the Court gave Plaintiff 30 days to amend her complaint if she wished to do so; on October 30,2019, the Court received a letter from Plaintiff asking for an extension of this deadline because she retained counsel; the Court granted Plaintiff's request end extended the deadline to amend her complaint to November 30,2019; the Court informed the Plaintiff that failure to do so will result in dismissal of her claim with prejudice; as of this date, Plaintiff has not amended her complaint; the Court therefore dismisses Plaintiff's complaint with prejudice; the Court further finds pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of any appeal; accordingly, this case is closed.

**Dated:** New York, New York
          January 17, 2020

                                              **RUBY J. KRAJICK**
                                                  Clerk of Court
                                  BY:

                                                    **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/17/2020